Survey Form for FNS or Authorized Agent Use Only    U.S. Department of Agriculture - Food and Nutrition Service    December 2010 - BRD/SNAP

**NOTE: MARK APPROPRIATE BOXES WITH AN "X" CENTERED IN THE BOX.**

FNS Number→ **2972158**

## GENERAL STORE INFORMATION (As Provided by Field Office)

**Store Name:** Euclid Market Inc
**Store Address:** 2318 N Euclid Ave
**Telephone No:** 3145351450
**County:** ST LOUIS CITY
**City/State/Zip:** Saint Louis, MO 63113
**Days/Hours of Operation:** 7A-8P M-SA; 8A-4P SU

**Store Name Posted:** SAME

*Days & Hours of Operation*

Record Days & Hours of Operation in space provided here, indicating "am" and/or "pm". If a store is open different hours on certain days, please list those days separately. For example, Monday – Saturday, 7am-11pm; Sunday, 10am-6pm. Write "Same" if hours are same as provided. SAME

### GENERAL STORE CHARACTERISTICS (Mark all that apply)

| | | | | |
|---|---|---|---|---|
| **Description of Area:** | ☐ Urban | ☒ Suburban | ☐ Rural | ☐ Other |
| **Description of Location:** | ☐ Residential | ☒ Commercial | ☐ Industrial | ☐ Other |
| **Placement of Store:** | ☒ Freestanding | ☐ Shopping Center/Mall | ☐ Farmers' Market Stall/Booth | ☐ Other |

| | | |
|---|---|---|
| ☐ YES | ☒ NO | Are optical scanners used at checkout? |
| ☐ YES | ☒ NO | Are shopping baskets available for customers? |
| ☐ YES | ☒ NO | Are there more than 10 shopping baskets for customers to use? |
| ☐ YES | ☒ NO | Are shopping carts available for customers? |
| ☐ YES | ☒ NO | Are there more than 10 shopping carts for customers to use? |

*If yes, take photos of carts and baskets in the store.*

**2** Number of Cash Registers/Check-out Stations? (*If no registers present*, answer the next question)
☐ YES  ☒ NO  Adding Machines/Calculators?    ☐ Other

**1** Number of Point-of-Sale Devices for EBT Benefits Inside Store

☐ YES  ☒ NO  Is there evidence of wholesale business such as posted prices or separate entrances for wholesale customers?

EXHIBIT D
6/5/20

### FOOD SERVICE INFORMATION (Mark All That Apply)

| | | |
|---|---|---|
| ☒ YES | ☐ NO | Hot Food Sold? (Take photo of hot food and menu or get copy of the menu, if available.) |
| ☐ YES | ☒ NO | Food Sold For On-Site Consumption (Hot OR Cold)? (*If yes*, mark next line, and **take photo**) |
| *If Yes…* | | ☐ Chairs/Tables   ☐ Counter/Booth Seating   ☐ Standup Tables   ☐ Other |
| ☒ YES | ☐ NO | Is There a Deli OR Prepared Food Section? (If yes, mark all that apply:) |
| *If Yes…* | | ☒ Prices Posted for Meats/Cheeses Sold by Weight   ☐ Prepared Salads   ☒ Prepared/Made-to-Order Sandwiches   ☒ Other Refrigerated Foods (e.g., casseroles, Chilled Cooked Chicken, etc.) |
| ☐ YES | ☒ NO | Meat/Seafood Specials or Bundles, or Fruit/Vegetable Boxes Sold? (*If Yes*…Get Copy of Promotional Flyer or Take Photo.) |

Survey Form for FNS or Authorized Agent Use Only    U.S. Department of Agriculture - Food and Nutrition Service    December 2010 - BRD/SNAP

**CONFIDENTIAL**

USAO000034

A. R. 33

What is the estimated square footage of the store? 2200

Is there a storage area in a back room or basement where food is stored out of the public view? ☐ YES ☒ NO
If yes, ask for the estimated square footage of that space and note it here. _____

☐ YES   ☒ NO   Does the store operate through a night window or plastic barrier, with food stock behind the barrier?

## *STORE TYPE?*

Is this store delivery route, farmers' market or specialty food store primarily selling one food type such as meat, poultry, seafood, bread, fruits, or vegetables?   ☐ Yes   ☒ No
If **Yes**, circle type or, if another type, write in best description here: _____

### *NON-FOOD STOCK AND SERVICES* (Mark all that apply)

*(Take Photos of Items Carried in Significant Amounts.)*

☒ Tobacco Products   ☐ Alcohol   ☒ Lottery tickets
☐ Gasoline   ☒ Other __HBA, CLOTHING, CELL PHONE ACC_____

### *STORE CONDITIONS* (Mark all that apply)

*(Explain Scope of Problem in Comments Section.)*

☐ Empty Coolers   ☐ Empty Shelves   ☐ Poor Lighting   ☐ Ice Crystals on Frozen Food
☐ Dusty Cans/Packages   ☐ Expired/Outdated Food
☐ Broken Coolers   ☐ Faded/Missing Labels   ☐ Other

**COMMENTS:**

Reviewer (**Print** Name): RICK STEEN_____
☒ I certify to the best of my knowledge the information provided herein is true.
**Site Visit, or 1ˢᵗ attempt:** Date  12/6/2011 9:55:00 AM
*(If applicable)* **Re-Visit, or 2ⁿᵈ attempt:** Date

**CONFIDENTIAL**
USAO000035

A. R. 34

| Checklist for FNS or Authorized Agent Use Only | U.S. Department of Agriculture - Food and Nutrition Service | December 2010 - BRD/SNAP |

**Store Name:** Euclid Market Inc

**FNS Number:** 2972158

| Dairy Products | 1-5 Units | 6-20 Units | >20 Units | F/F/R |
|---|---|---|---|---|
| Butter/Margarine | | | X | X |
| Cheese (hard/soft)/Cottage | | | X | X |
| Ice Cream/Ice Milk | | | X | X |
| Milk/Cream | | | X | X |
| Sour Cream/ Yogurt/Dips | | X | | X |
| Infant Formula (Animal-milk based) | | | X | |

| F/V | 1-5 Units | 6-20 Units | >20 Units | F/F/R |
|---|---|---|---|---|
| 100% Juice (Fruit or Vegetable) | | | X | X |
| **FRUITS** | | | | |
| Apples | | | X | X |
| Pears | | X | | |
| Apricots/Peaches/Nectarines Mangoes/Plums/Prunes/Mixed Fruit | | | X | |
| Bananas/Plantains/Pineapples Papaya/Guava/Dates/Figs Coconut/Coconut Milk | | | X | X |
| Berries (Blue/Black/Rasp/Cran/Straw, etc.) Cherries/Grapes/Kiwi | | | X | X |
| Melons (Watermelon, Honey Dew, Cantaloupe, etc.) | | | | |
| Citrus (Oranges, Tangerines, Limes, Grapefruit, Lemons, etc.) | | | X | X |
| **VEGETABLES** | | | | |
| Asparagus/Artichokes/Broccoli Cauliflower/Brussels Sprouts Cabbage/Sauerkraut | | X | | X |
| Beans/Bean Sprouts/Tofu/Peas/ Nuts/Nut Butters/Lentils/ Soy Products | | | X | X |
| Carrots/Parsnips/Turnips/ Beets/ Radishes/Mixed Vegetables | | | X | X |
| Celery/Onion/Leeks/Mushrooms | | | X | X |
| Corn | | | X | X |
| Greens/Lettuce (Boston, Collards, Iceberg, Kale, Green/Red Leaf, Mustard, Romaine, Spinach, Swiss Chard, etc.) | | | X | X |
| Peppers/Bell Peppers/Avocados | | | X | X |
| Potatoes (White/Sweet/Yams) | | | X | X |
| Squash (Acorn, Butternut, Eggplant, Spaghetti, Yellow, Zucchini, etc.)/ Okra/Cucumbers/Pumpkins | | | | |
| Tomatoes/Tomato Sauce | | | X | X |
| Soup/Stew (all types) | | | X | |
| Infant F&V/Juices /Soy-based Formula | | | | |

| Breads and Cereals | 1-5 Units | 6-20 Units | >20 Units | F/F/R |
|---|---|---|---|---|
| Loaf Bread (sliced, unsliced)/Rolls/ Buns/Bagels/English Muffins/ Biscuits/Pizza/Pot Pies/Tortillas/ Pitas | | | X | X |
| Cakes/Muffins/Pastry/Pie Crusts/ Pancakes/Waffles | | | X | X |
| Breakfast Cereals (hot, cold) | | | X | |
| Pasta | | | X | |
| Rice/Barley/Millet/Rye | | | X | |
| Corn Meal/Grits | | | X | |
| Flour/Cracked Wheat/Baking Mixes | | | X | |
| Snacks: Cookies/Crackers/Chips/ Pretzels/Popcorn/Stuffing Mix/ Croutons/Bread Crumbs/ Granola Bars/Rice Cakes | | | X | X |
| Infant Cereal | | | X | |

| Meats, Poultry, Fish | 1-5 Units | 6-20 Units | >20 Units | F/F/R |
|---|---|---|---|---|
| Beef/Veal | | | | |
| Lamb/Mutton/Goat | | | | |
| Pork (Ham, Bacon, Sausage, etc.) | | | X | X |
| Chicken/Turkey/Duck/Goose Game Birds | | X | | X |
| Deli/Lunch Meat/Hot Dogs | | | X | X |
| Canned/Potted Meat (beef/pork/poultry) | | | X | |
| Eggs | | X | | X |
| Fish, Finned (Catfish, Cod, Flounder, Haddock, Halibut, Herring, Mackerel, Perch, Salmon, Sardines, Scrod, Snapper, Sole, Swordfish, Trout, Tuna, Turbot, Whiting, etc.) | | | X | |
| Fish, Shell/Misc. (Clams, Crabs, Mussels, Oysters, Scallops, Shrimp, Squid, etc.) | | | | |
| Infant Meats | | | X | |

**Reviewer (Print Name):** RICK STEEN

☒ I certify to the best of my knowledge the information provided herein is true.

Site Visit or 1st attempt: 12/6/2011 9:55:00 AM

(If applicable) Re-Visit or 2nd attempt: Date:



USAO000036

A. R. 35

U.S. Department of Agriculture - Food and Nutrition Service

## STORE REVIEW CONSENT FORM

FNS # 2972158  Store Name: Euclid Market Inc.

I, Kaher Salem, give my consent for FNS or its Contractor to
(Print name)

review this store – to take photographs, to sketch the store layout, and to collect other

information in connection with this store's participation in the Supplemental Nutrition

Assistance Program (SNAP).

Kaher Salem      12-6-2011    owner
Signature           Date        Title

## STORE REVIEW REFUSAL FORM

**Note: If you do not allow a store review to be conducted, your application may be denied or your permit may be withdrawn.**

I, _____, refuse to give my consent for a store review and
       (Print name)

understand that my refusal means that this store will not be eligible to participate in the

Supplemental Nutrition Assistance Program (SNAP) without a complete review.

_____  _____  _____
Signature                  Date      Title

CONFIDENTIAL
USAO000037

A. R. 36

U.S. Department of Agriculture - Food and Nutrition Service

FNS # 292158

Store Name: Euclid Market Inc.

Supplemental Nutrition Assistance Program (SNAP)

Store Visit Contract

Photographer's Certification Statement

I have reviewed the digital images and they are the ones I took or are the ones I used for the store visit of Euclid Market Inc. I completed my review of this store at 9:55 a.m. or p.m. on 12/1/11.

The digital images accurately portray the situation at the named store on the given date and time.

_Signature of On-Site Reviewer_

**ISN CORPORATION**

Name of Prime Contractor

CONFIDENTIAL
USAO000038

A. R. 37


**USDA SNAP Store Visit Sketch**   FNS # 2 9 7 2 1 5 8

Store Name: EUCLID MARKET INC   Date: 12/5/14

```
┌──────────────────────────────────────────────────────┐
│  AFRICAN AMERICAN PRODUCTS            NON FOOD       │   HOT FOOD
├──────────────┬───────────────────────────────────────┤
│ CHEESE       │  NON FOOD      NON FOOD               │   HOT DOGS
│ BUTTER       │  FRUIT POTATOES BEANS CORN            │
│ EGGS         │  CORN MEAL CRANBERRY GREENS           │   MEAT
│ SOUR CREAM   │  CAN FISH  STEW TOMATO                │   CHEESE
│ PORK         │  CRACKERS CAN MEAT                    │   MEAT
│ MILK         │  CONDIMENTS                           │   BY
│              ├───────────────────────────────────────┤   POUND   KITCHEN
│              │ BREAD    FLOUR   SOUP   CRACKERS      │           AREA
│ ICE          │ CONDIMENTS BAKING    PASTA            │
│              │ CEREAL        BREAD                   │
│              │ BABY FOOD   100% JUICE                │
│              └───────────────────────────────────────┘
│                                                       │   POTATOES
│  (X)                                                  │   ONIONS
│          ┌───────────────────────────────────────┐   │
│   CASH   │ CAN MILK   PASTA   CONDIMENTS         │   │
│ REGISTER │ CEREAL    BAKING    CEREAL            │   │
│          │ SPICES   MUSHROOMS                    │   │   ATM
│          │ CAN FISH  CAN MEAT  RICE              │   │
│          │          PASTRIES  CRACKERS           │   │
│ TOBACCO  └───────────────────────────────────────┘   │
│ CLOTHING  CANDY  ┌─────────────────────────────┐     │
│  LOTTO           │ PASTRIES  BRACH   CHIPS     │     │
│                  │ BANANAS   SNACKS            │     │
│                  │ CHIPS    CHIPS              │     │
│                  └─────────────────────────────┘     │
└──────────────────────────────────────────────────────┘

┌──────┬──────┬─────────┬────────┬─────────┐
│ SODA │ 100% │ FROZEN  │ FROZEN │ FROZEN  │
│      │ JUICE│ VEGGIES │ FOOD   │ FRUIT   │
│      │      │ FRUIT   │        │ PORK    │
│      │      │         │        │ VEGGIES │
└──────┴──────┴─────────┴────────┴─────────┘
```

The Store Sketch should outline the general store layout and include, at a minimum: all store entrances, cash registers and checkout areas, staple foods - labeled with specific labels, and non-food items with specific labels for categories listed on Survey form. Storage Areas where FOOD is stored should also be shown on the sketch. Handwriting must be clear, legible (block printing is preferred) and dark enough to appear in photo/scan.

CONFIDENTIAL

USAO000039   A. R. 38





A. R. 39





USAO000041

A. R. 40





A. R. 41





CONFIDENTIAL
USAO000043

A. R. 42




A. R. 43





USAO000045

A. R. 44





A. R. 45







USAO000048

A. R. 47





A. R. 48





A. R. 49





A. R. 50





A. R. 51





A. R. 52