Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture - Food and Nutrition Service   December 2010 - BRD/SNAP

**NOTE:** MARK APPROPRIATE BOXES WITH AN "X" CENTERED IN THE BOX.

FNS Number→  2972158

## GENERAL STORE INFORMATION (As Provided By Field Office)

**Store Name:** Euclid Market Inc

**Store Address:** 2318 N Euclid Ave

**Telephone No:** 3145351450

**County:** ST LOUIS CITY

**City/State/Zip:** Saint Louis, MO 63113

**Days/Hours of Operation:** M0700A-0800P; Tu0700A-0800P; W0700A-0800P; Th0700A-0800P; F0700A-0800P; Sa0700A-0800P; Su0800A-0400P

**Owner's Name Provided by Store Personnel:** Kaher Salem

**Store Name Posted:** Euclid Market Inc

***Days & Hours of Operation***

Record Days & Hours of Operation in space provided here, indicating "**am**" and/or "**pm**".  If a store is open different hours on certain days, please list those days separately.  For example, Monday – Saturday, 7am-11pm; Sunday, 10am-6pm. *Write "Same" if hours are same as provided.* M0700A-0800P; Tu0700A-0800P; W0700A-0800P; Th0700A-0800P; F0700A-0800P; Sa0700A-0800P; Su0800A-0400P

## GENERAL STORE CHARACTERISTICS  (Mark all that apply)

**Description of Area:** ☐Urban  ☒Suburban  ☐Rural  ☐Other
**Description of Location:** ☐Residential  ☒Commercial  ☐Industrial  ☐Other
**Placement of Store:** ☒Freestanding  ☐ Shopping Mall  ☐ Farmers' Market Booth/Stall  ☐ Other

| | | |
|---|---|---|
| ☐ YES | ☒ NO | Are optical scanners used at checkout? |
| ☒ YES | ☐ NO | Are shopping baskets available for customers? |
| ☐ YES | ☒ NO | Are there more than 10 shopping baskets for customers to use? |
| ☐ YES | ☒ NO | Are shopping carts available for customers? |
| ☐ YES | ☒ NO | Are there more than 10 shopping carts for customers to use? |

*If yes, take photos of carts and baskets in the store.*

2 Number of Cash Registers/Check-out Stations? (*If no registers present*, answer the next question)
☐ *YES*  ☒ *NO*   Adding Machines/Calculators?  ☐ Other

2  Number of Point-of-Sale Devices for EBT Benefits Inside Store

☐ YES ☒ *NO*  Is there evidence of wholesale business such as posted  prices or separate entrances for wholesale customers?

| EXHIBIT |
|---|
| E |
| 6/5/20 JAD |

PENGAD 800-631-6989

## FOOD SERVICE INFORMATION (Mark All That Apply)

| | | |
|---|---|---|
| ☒ YES | ☐ NO | Hot Food Sold?  (Take photo of hot food and menu or get copy of the menu, if available.) |
| ☐ YES | ☒ NO | Food Sold For On-Site Consumption (Hot OR Cold)?  (*If yes*, mark next line, and **take photo**) |
| *If Yes...* | | ☐ Chairs/Tables   ☐ Counter/Booth Seating   ☐ Standup Tables   ☐ Other |
| ☒ YES | ☐ NO | Is There a Deli OR Prepared Food Section?  (If yes, mark all that apply:) |
| *If Yes...* | | ☒Prices Posted for Meats  ☐Prepared Salads  ☒Prepared/Made-to-Order  ☐Other Refrigerated Foods(e.g. Casseroles, |
| | Cheese sold by Weight | Sandwiches       Chilled Cooked Chicken, etc...) |

☐ YES  ☒ NO   Meat/Seafood Specials or Bundles, or Fruit/Vegetable Boxes Sold? (*If yes...*Get Copy of

CONFIDENTIAL

Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture - Food and Nutrition Service   December 2010 - BRD/SNAP

USAO000056

A. R. 55

What is the estimated square footage of the store?  2500

Is food stored in a storage area out of the public view?  ☐ YES  ☒ NO
If yes, include the storage area in the sketch and ask for the estimated square footage of that space and note it here.

☐ YES  ☒ NO  Does the store operate through a night window or plastic barrier, with food stock behind the barrier?

## *STORE TYPE?*

Is this store delivery route, farmers' market or specialty food store primarily selling one food type such as meat, poultry, seafood, bread, fruits, or vegetables?  ☐ Yes  ☒ No

If **Yes**, circle type or, if another type, write in best description here: _____

### *NON-FOOD STOCK AND SERVICES (Mark any that are present)*

☒ Tobacco Products    ☐ Alcohol    ☒ Lottery tickets
☐ Gasoline    ☒ Other (Briefly describe the items that are carried in significant amounts.)
health & beauty, cleaning supplies, paper goods

*Take Photos of Items Carried in Significant Amounts (Reminder, a photo of alcohol and gas pumps is always required.)*

### *STORE CONDITIONS (Mark all that apply)*

*(Explain Scope of Problem in Comments Section.)*

☐ Empty Coolers    ☐ Empty Shelves        ☐ Poor Lighting        ☐ Ice Crystals on Frozen Food
☐ Dusty Cans/Packages                       ☒ Expired/Outdated Food
☐ Broken Coolers    ☐ Faded/Missing Labels    ☐ Other

COMMENTS:
The hot food and prepared food is made to order.  The meat and cheese by pound does not have pricing.

Reviewer (**Print** Name):  RICK STEEN
☒ I certify to the best of my knowledge the information provided herein is true.

**Site Visit, or 1st attempt:**  Date  7/12/2013 2:15:00 PM

*(If applicable)* **Re-Visit, or 2nd attempt:**  Date



CONFIDENTIAL
USAO000057

A. R. 56

| Checklist for FNS or Authorized Agent Use Only | U.S. Department of Agriculture - Food and Nutrition Service | December 2010 - 8RD/SNAP |
|---|---|---|

**Store Name:** Euclid Market Inc      **FNS Number:** 2972158

| Dairy Products | 1-5 Units | 6-20 Units | >20 Units | F/F/R |
|---|---|---|---|---|
| Butter/Margarine | | | X | X |
| Cheese (hard/soft)/Cottage | | | X | X |
| Ice Cream/Ice Milk | | | X | X |
| Milk/Cream | | | X | X |
| Sour Cream/ Yogurt/Dips | 4 | | | X |
| Infant Formula (Animal-milk based) | | | X | |

| F / V | 1-5 Units | 6-20 Units | >20 Units | F/F/R |
|---|---|---|---|---|
| 100% **Juice** (Fruit or Vegetable) | | | X | X |
| **FRUITS** | | | | |
| Apples | | | | |
| Pears | | | X | |
| Apricots/Peaches/Nectarines Mangoes/Plums/ Prunes/Mixed Fruit | | | X | X |
| Bananas/Plantains/Pineapples Papaya/Guava/Dates/Figs Coconut/Coconut Milk | | | X | |
| Berries (Blue/Black/Rasp/Cran/Straw, etc.) Cherries/Grapes/Kiwi | | | X | X |
| Melons (Watermelon, Honey Dew, Cantaloupe, etc.) | | | | |
| Citrus (Oranges, Tangerines, Limes, Grapefruit, Lemons, etc.) | | | X | X |
| **VEGETABLES** | | | | |
| Asparagus/Artichokes/Broccoli Cauliflower/Brussels Sprouts Cabbage/Sauerkraut | | X | | X |
| Beans/Bean Sprouts/Tofu/Peas/ Nuts/Nut Butters/Lentils/ Soy Products | | | X | X |
| Carrots/Parsnips/Turnips/ Beets/ Radishes/Mixed Vegetables | | | X | X |
| Celery/Onion/Leeks/Mushrooms | | | | |
| Corn | | | X | |
| Greens/Lettuce (Boston, Collards, Iceberg, Kale, Green/Red Leaf, Mustard, Romaine, Spinach, Swiss Chard, etc.) | | | X | X |
| Peppers/Bell Peppers/Avocados | | X | | X |
| Potatoes (White/Sweet/Yams) | | | X | X |
| Squash (Acorn, Butternut, Eggplant, Spaghetti, Yellow, Zucchini, etc.)/ Okra/Cucumbers/Pumpkins | | | X | |
| Tomatoes/Tomato Sauce | | | X | X |
| Soup/Stew (all types) | | | X | |
| Infant F&V/Juices /Soy-based Formula | | | X | |

| Breads and Cereals | 1-5 Units | 6-20 Units | >20 Units | F/F/R |
|---|---|---|---|---|
| Loaf Bread (sliced, unsliced)/Rolls/ Buns/Bagels/English Muffins/ Biscuits/Pizza/Pot Pies/Tortillas/ Pitas | | | X | X |
| Cakes/Muffins/Pastry/Pie Crusts/ Pancakes/Waffles | | | X | X |
| Breakfast Cereals (hot, cold) | | | X | |
| Pasta | | | X | |
| Rice/Barley/Millet/Rye | | | X | |
| Corn Meal/Grits | | | X | |
| Flour/Cracked Wheat/Baking Mixes | | | X | |
| Snacks: Cookies/Crackers/Chips/ Pretzels/Popcorn/Stuffing Mix/ Croutons/Bread Crumbs/ Granola Bars/Rice Cakes | | | X | |
| Infant Cereal | | X | | |

| Meats, Poultry, Fish | 1-5 Units | 6-20 Units | >20 Units | F/F/R |
|---|---|---|---|---|
| Beef/Veal | | | | |
| Lamb/Mutton/Goat | | | | |
| Pork (Ham, Bacon, Sausage, etc.) | | X | | X |
| Chicken/Turkey/Duck/Goose Game Birds | | | | |
| Deli/Lunch Meat/Hot Dogs | | | X | X |
| Canned/Potted Meat (beef/pork/poultry) | | | X | |
| Eggs | | | X | X |
| Fish, Finned (Catfish, Cod, Flounder, Haddock, Halibut, Herring, Mackerel, Perch, Salmon, Sardines, Scrod, Snapper, Sole, Swordfish, Trout, Tuna, Turbot, Whiting, etc.) | | | X | |
| Fish, Shell/Misc. (Clams, Crabs, Mussels, Oysters, Scallops, Shrimp, Squid, etc.) | | | | |
| Infant Meats | | | X | |

Reviewer (Print Name): **RICK STEEN**

☒ I certify to the best of my knowledge the information provided herein is true.

Site Visit or 1st attempt: 7/12/2013 2:15:00 PM

(If applicable) Re-Visit or 2nd attempt:  Date:

CONFIDENTIAL

A. R. 57

U.S. Department of Agriculture - Food and Nutrition Service

FNS# 2972158

Store Name:   Euclid Market Inc

## Supplemental Nutrition Assistance Program (SNAP)
## Store Visit Contract
## <u>Photographer's Certification Statement</u>

I have reviewed the digital images and they are the ones I took or are the

ones I used for the store visit of **<u>Euclid Market Inc.</u>**

I completed my review of this store at **<u>2:15 PM on 7/12/2013</u>**

The digital images accurately portray the situation at the named store on the given

date and time.

*RICK STEEN*
Signature of On-Site Reviewer

# ISN CORPORATION
Name of Prime Contractor

This document has been electronically signed by the named On-Site Reviewer; RICK STEEN



CONFIDENTIAL

USAO000059

A. R. 58

U.S. Department of Agriculture · Food and Nutrition Service

# STORE REVIEW CONSENT FORM

FNS # 297215X    Store Name Euclio market

I, Faheem Mahmood give my consent for FNS or its Contractor to
(Print name)
review this store - to take photographs, to sketch the store layout, and to collect other
information in connection with this store's participation in the Supplemental Nutrition
Assistance Program (SNAP).

Wheen Muhl     7-12-13     Clerk
Signature            Date              Title

# STORE REVIEW REFUSAL FORM

**Note: If you do not allow a store review to be conducted, your application may be denied or your permit may be withdrawn.**

I, _____ , refuse to give my consent for a store review and
(Print name)
understand that my refusal means that this store will not be eligible to participate in the
Supplemental Nutrition Assistance Program (SNAP) without a complete review.

Signature            Date              Title

CONFIDENTIAL

A. R. 59



USDA SNAP Store Visit Sketch          FNS # 2 9 7 2 1 5 8

Store Name Euclid Market          Date 7/15/13

The Store Sketch should outline the general store layout and include, at a minimum, all store entrances, cash registers and checkout areas, staple foods - labeled with specific labels, and non food items with specific labels for categories listed on Survey form. Storage Areas where FOOD is stored should also be shown on the sketch. Handwriting must be clear, legible (block printing is preferred) and dark enough to appear in photo/scan

CONFIDENTIAL
USAO000061

A. R. 60





A. R. 61





CONFIDENTIAL

A. R. 62





CONFIDENTIAL

USAO000064

A. R. 63





USAO000065

A. R. 64





USAO000068

A. R. 65





CONFIDENTIAL

A. R. 66





CONFIDENTIAL

A. R. 67





CONFIDENTIAL

A. R. 68





CONFIDENTIAL

USAO000070

A. R. 69





CONFIDENTIAL
USAO000071

A. R. 70





A. R. 71





CONFIDENTIAL
USAO000073

A. R. 72





A. R. 73





USAO000075

A. R. 74





UGAO000076

A. R. 75





CONFIDENTIAL

A. R. 76







CONFIDENTIAL
USAO000079

A. R. 78