| Survey Form for FNS or Authorized Agent Use Only U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD April 2016 |
|---|

**FNS Number:** 2972158

## GENERAL STORE INFORMATION (as provided by FNS)

**Store Name:** Euclid Market Inc

**Store Address:** 2318 N Euclid Ave

**Telephone No:** 3145351450

**County:** ST LOUIS CITY

**City/State/Zip Code:** Saint Louis, MO 63113

**Days/Hours of Operation:** M0830A-0830P; Tu0830A-0830P; W0830A-0830P; Th0830A-0830P; F0830A-0830P; Sa0830A-0830P; Su0900A-0500P

## GENERAL STORE INFORMATION

**Store Name** (as provided by store personnel): Euclid Market

**Store Name as Posted on Outside Signage:** Euclid Market Inc

**Store Owner Name(s)** (as provided by store personnel): Abraham Mahmoud

**Store Days & Hours of Operation** (as provided by store personnel):

*Place an "x" next to each day that the store is open. Record the Hours of Operation, indicating "am" or "pm" as appropriate.*

| Check | | Day | Open | | Close |
|---|---|---|---|---|---|
| | ☒ | Monday | 8:30a | to | 8:30p |
| | ☒ | Tuesday | 8:30a | to | 8:30p |
| | ☒ | Wednesday | 8:30a | to | 8:30p |
| | ☒ | Thursday | 8:30a | to | 8:30p |
| | ☒ | Friday | 8:30a | to | 8:30p |
| | ☒ | Saturday | 8:30a | to | 8:30p |
| | ☒ | Sunday | 9a | to | 5:00p |

**Store Cross Streets:** Lotus Ave & Wabada Ave

## GENERAL STORE CHARACTERISTICS

1. What is the estimated square footage of the store? **1800**

2. Please indicate how the store square footage was estimated (e.g. visual, measuring tool, etc.):
   Measuring Tool

3. ☐ YES ☒ NO Are optical scanners used at checkout?

4. ☒ YES ☐ NO Are shopping baskets available for customers? **If yes\***, how many? **2**
   **\*Take photo of shopping baskets**

5. ☐ YES ☒ NO Are shopping carts available for customers? **If yes\***, how many? **NO**
   **\*Take photo of shopping carts**

6. ☐ YES ☒ NO Does the store operate through a night window or plastic barrier? **If yes, take photo** of night window or plastic barrier.

7. ☐ YES ☒ NO Is there evidence of wholesale business, such as posted prices or separate entrances for wholesalers? **If yes, provide evidence in comments section.**

8. ☐ YES ☒ NO Typically, stores end prices with "x9" cents (e.g., $.99, $1.49, $1.29). Does the store have an unusual price structure, such as ending most product prices with ".00" cents? If yes, take photo(s) of product prices and explain unusual price structure in comments.

**NOTE FOR REVIEWER:** The remainder of the form is to be completed by the reviewer in collaboration with store personnel in order to ensure accuracy of the store information entered. Please address any discrepancies in the comments section.



CONFIDENTIAL

USAO000095

EXHIBIT F
PENGAD 800-631-6989
6/5/20 gurD

A. R. 94

Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD April 2016

### GENERAL STORE CHARACTERISTICS

**9. Number of check-out counters/areas\*:**  2
*\*Take photo of check-out counters/areas.*

**10. Number of specialty cash registers (lottery, Western Union, etc.):** 0

**11. Number of cash registers for grocery purchases:**  2

**12. Number of EBT point of sale devices\*:**  2
*\*Take photo of POS devices.*

**13.** ☒ YES  ☐ NO  Is food stored in a storage area out of the public view? **If yes,** include on the store sketch   200
and Obtain an estimated square footage of that space and note it here:

**14.** ☒ YES  ☐ NO  Does the store have any storage coolers or Freezers? **If yes, take photo** with doors open to show contents.

**15.** ☐ YES  ☒ NO  Is food stored offsite? **If yes,** where:

**16.** ☐ YES  ☒ NO  Is this store primarily selling one food type such as meat, poultry, dairy, seafood, fruits, baked goods, or
vegetables? ☐ Meat ☐ Poultry ☐ Dairy ☐ Seafood ☐ Fruits ☐ Baked Goods ☐ Vegetable
☐ Others

**17.** ☒ YES  ☐ NO  Does the store take telephone, online orders, or other?
☒ Telephone ☐ Online ☐ Other

**18.** ☐ YES  ☒ NO  Does the store offer delivery?

**19.** ☐ YES  ☒ NO  Does the store round transaction totals up or down at checkout?

**20.** List the four most expensive SNAP/EBT eligible food items ($5 or higher) offered for sale with their prices.  For each item listed, **take a close-up photo** showing the price sticker or other signage showing the price (e.g., store price list).

| | | | | | |
|---|---|---|---|---|---|
| Item 1: | Wayne Farm's chicken | Item 1 Price: | $ 5.99 | Item 1 Unit: | 5 pounds |
| Item 2: | Blue Ribbon ice cream | Item 2 Price: | $ 5.99 | Item 2 Unit: | 1.75 quarts |
| Item 3: | Enfamil | Item 3 Price: | $ 17.99 | Item 3 Unit: | 1 |
| Item 4: | Pepsi | Item 4 Price: | $ 19.99 | Item 4 Unit: | 24 pack of 12 ounces each |

**21.** ☒ YES  ☐ NO  Were all questions in this section completed in collaboration with store personnel? **If no,** please explain in
comments.

---

### NON-FOOD STOCK AND SERVICES
**Mark any that are present**
☒ Tobacco Products ☐ Alcohol ☒ Lottery Tickets ☐ Gasoline ☒ Mobile Phones/ Phone Cards ☒ Automobile products ☒ Health
and beauty aids ☒ Other (*Briefly describe items that are being carried in significant quantities*)☒

Paper Goods;Cleaning Products;ATM or money transfer service

---

### STORE CONDITIONS
**Mark all that apply. Take photos and explain scope of problem in comments section**

| | | |
|---|---|---|
| ☐ Empty/Broken/Unused coolers/freezers | ☐ Poor Lighting | ☐ Faded/Missing Labels |
| ☐ Dusty Cans/Packages | ☒ Empty Shelves | ☐ Rusty Equipment |
| ☐ Expired/outdated/spoiled food | ☐ Ice Crystals on Frozen Food | ☐ Other |

CONFIDENTIAL

A. R. 95

Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD April 2016

## FOOD SERVICE INFORMATION

1. ☒ YES ☐ NO Is there a kitchen area and/or food preparation area? **If yes, take photo(s)** including equipment

2. ☒ YES ☐ NO Is hot food sold? **If yes, take photo** of hot food and menu or get copy of the menu, if available.

3. ☐ YES ☒ NO Is food sold for on-site consumption (Hot or Cold)? **If yes, mark** all that apply and **take photo.** ☐
   Chairs/Tables* ☐ Counter/Booth Seating ☐ Standup Tables
   ☐ Other _ ☐ Microwaves / Heating Sources
   ***Please indicate seating capacity for all applicable selections marked with an asterisk***

4. ☒ YES ☐ NO Is there a deli or prepared food section? **If yes,** mark all that apply and **take photo.**
   ☒ Prices Posted for Meats/Cheeses
   ☒ Prepared Salads
   ☒ Prepared/Made-to-Order Sandwiches
   ☐ Other refrigerated foods (e.g., casseroles, chilled cooked chicken, etc.)

5. ☒ YES ☐ NO Is store stock being used in the deli/prepared food section? **If yes,** list the most common items that are being used:
   <u>chicken, beef, pork, chesse, lunch meats, bell peppers, eggs, condiments, etc.</u>

6. ☒ YES ☐ NO Does the store sell items such as meat bundles, seafood specials, and/or fruit and vegetable boxes? **If yes, take photo** of the items, their prices, and store flyer.

**COMMENTS:**

The hot food is made to order, and some prepared sandwiches are made to order.  The meat bundles are made to order, the pricing is handwritten.  The isles are narrow and the store was croweded, it was difficult to get proper photos

---

I certify to the best of my knowledge the information provided herein is true.

**Reviewer** (Print or Type name):Rick Steen              **Signature** (Original in Ink): *Rick Steen*

**Site Visit, or 1st attempt:**  Date 4/5/2017              Arrival Time 11: 45 ☒ am ☐ pm (*choose one*)

**Re-Visit, or 2nd attempt**(*if applicable*):  Date //              Arrival Time : ☐ am ☐ pm (*choose one*)



CONFIDENTIAL
USAO000097

A. R. 96

| Checklist for FNS or Authorized Agent Use Only | U.S. Department of Agriculture - Food and Nutrition Service | December 2010 - BRD/SNAP |
| --- | --- | --- |

**Store Name:** Euclid Market Inc

**FNS Number:** 2972158

| Dairy Products | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
| --- | --- | --- | --- | --- |
| Butter/Margarine | | | X | X |
| Cheese (hard/soft)/Cottage | | | X | X |
| Ice Cream/Ice Milk | | | | |
| Milk/Cream | | | X | X |
| Sour Cream/ Yogurt/Dips | | | | |
| Infant Formula (Animal-milk based) | | | | |

| F/V | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
| --- | --- | --- | --- | --- |
| 100% Juice (Fruit or Vegetable) | | | X | X |
| **FRUITS** | | | | |
| Apples | 1 | | | |
| Pears | 3 | | | |
| Apricots/Peaches/Nectarines Mangoes/Plums/Prunes/Mixed Fruit | 3 | | | |
| Bananas/Plantains/Pineapples Papaya/Guava/Dates/Figs Coconut/Coconut Milk | | X | | |
| Berries (Blue/Black/Rasp/Cran/Straw, etc.) Cherries/Grapes/Kiwi | | | | |
| Melons (Watermelon, Honey Dew, Cantaloupe, etc.) | | | | |
| Citrus (Oranges, Tangerines, Limes, Grapefruit, Lemons, etc.) | | | | |
| **VEGETABLES** | | | | |
| Asparagus/Artichokes/Broccoli Cauliflower/Brussels Sprouts Cabbage/Sauerkraut | | | | |
| Beans/Bean Sprouts/Tofu/Peas/ Nuts/Nut Butters/Lentils/ Soy Products | | | X | |
| Carrots/Parsnips/Turnips/ Beets/ Radishes/Mixed Vegetables | | | X | |
| Celery/Onion/Leeks/Mushrooms | 1 | | | |
| Corn | | | X | |
| Greens/Lettuce (Boston, Collards, Iceberg, Kale, Green/Red Leaf, Mustard, Romaine, Spinach, Swiss Chard, etc.) | | X | | |
| Peppers/Bell Peppers/Avocados | 4 | | | X |
| Potatoes (White/Sweet/Yams) | | | X | X |
| Squash (Acorn, Butternut, Eggplant, Spaghetti, Yellow, Zucchini, etc.)/ Okra/Cucumbers/Pumpkins | | | X | X |
| Tomatoes/Tomato Sauce | | | X | |
| Soup/Stew (all types) | | | X | |
| Infant F&V/Juices /Soy-based Formula | | X | | |

| Breads and Cereals | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
| --- | --- | --- | --- | --- |
| Loaf Bread (sliced, unsliced)/Rolls/ Buns/Bagels/English Muffins/ Biscuits/Pizza/Pot Pies/Tortillas/ Pitas | | | X | X |
| Cakes/Muffins/Pastry/Pie Crusts/ Pancakes/Waffles | | | X | X |
| Breakfast Cereals (hot, cold) | | | X | |
| Pasta | | | X | |
| Rice/Barley/Millet/Rye | | | X | |
| Corn Meal/Grits | | | X | |
| Flour/Cracked Wheat/Baking Mixes | | | X | |
| Snacks:  Cookies/Crackers/Chips/ Pretzels/Popcorn/Stuffing Mix/ Croutons/Bread Crumbs/ Granola Bars/Rice Cakes | | | X | |
| Infant Cereal | | X | | |

| Meats, Poultry, Fish | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
| --- | --- | --- | --- | --- |
| Beef/Veal | | | X | X |
| Lamb/Mutton/Goat | | | | |
| Pork (Ham, Bacon, Sausage, etc.) | | | X | X |
| Chicken/Turkey/Duck/Goose Game Birds | | | X | X |
| Deli/Lunch Meat/Hot Dogs | | X | | X |
| Canned/Potted Meat (beef/pork/poultry) | | | X | |
| Eggs | | X | | X |
| Fish, Finned (Catfish, Cod, Flounder, Haddock, Halibut, Herring, Mackerel, Perch, Salmon, Sardines, Scrod, Snapper, Sole, Swordfish, Trout, Tuna, Turbot, Whiting, etc.) | | | X | X |
| Fish, Shell/Misc. (Clams, Crabs, Mussels, Oysters, Scallops, Shrimp, Squid, etc.) | | | | |
| Infant Meats | | | | |
| Meat Jerky (e.g. beef jerky, pork jerky, etc.) | | | X | |

**Reviewer (Print Name):** Rick Steen

☒ I certify to the best of my knowledge the information provided herein is true.

Site Visit or 1st attempt:  4/5/2017

(If applicable) Re-Visit or 2nd attempt:  Date: //



CONFIDENTIAL

USAO000098

A. R. 97

U.S. Department of Agriculture - Food and Nutrition Service

**FNS#** 2972158

**Store Name:**  Euclid Market Inc

### Supplemental Nutrition Assistance Program (SNAP)
### Store Visit Contract
### <u>Photographer's Certification Statement</u>

I have reviewed the digital images and they are the ones I took or are the

ones I used for the store visit of **<u>Euclid Market Inc.</u>**

I completed my review of this store at **<u>11:45 AM on 4/5/2017</u>**

The digital images accurately portray the situation at the named store on the given

date and time.

*<u>Rick Steen</u>*
Signature of On-Site Reviewer

## <u>ISN CORPORATION</u>
Name of Prime Contractor

This document has been electronically signed by the named On-Site Reviewer; Rick Steen



CONFIDENTIAL
USAO000099

A. R. 98

U.S. Department of Agriculture - Food and Nutrition Service

# STORE REVIEW CONSENT FORM

FNS # 2972158          Store Name _Euclid Market_

I, _Abeeba Mahmoud_, give my consent for FNS or its Contractor to
(Print name)
review this store - to take photographs, to sketch the store layout, and to collect other
information in connection with this store's participation in the Supplemental Nutrition
Assistance Program (SNAP).

_[signature]_          4/8/17          _Manager_
Signature               Date            Title

# STORE REVIEW REFUSAL FORM

**Note: If you do not allow a store review to be conducted, your application may be denied or your permit may be withdrawn.**

I, _____, refuse to give my consent for a store review and
(Print name)
understand that my refusal means that this store will not be eligible to participate in the
Supplemental Nutrition Assistance Program (SNAP) without a complete review.

_____          _____          _____
Signature                           Date                               Title

# CONFIDENTIAL

A. R. 99

**USDA SNAP Store Visit Sketch**

| | |
|---|---|
| Store Name | Euclid Market Inc |

FNS# 2972158
Date 4/5/2017

|  |  | ENTRANCE |
|---|---|---|

TOBACCO    TOBACCO

ENFAMIL

BASKETS    CELL PHONES

JERKY

LOTTO    CELL PHONES

CHECK OUT AREA    CHECK OUT AREA

EBT    EBT

| SODA | PASTRIES | CAN MEAT CAN FISH | PASTA | ICE CREAM | |
|---|---|---|---|---|---|
| | | | BREAD | FLOUR | |
| MILK | NUTS | PASTRIES | BAKING FLOUR | CORN MEAL SQUASH | |
| 100% JUICE | | | | TOMATOES | H & B |
| | | CONDIMENTS | CONDIMENTS | MIXED | |
| EGGS | | | | FRUIT | |
| BUTTER | SNACKS | | | | |
| CHEESE | | BABY FOOD | MIXED VEGGIES | PEARS | |
| BELL PEPPERS | | BABY CEREAL | CORN | CRANBERRY | |
| CUCUMBERS | | | PINEAPPLE | GREENS | |
| EGGS | CHIPS | BAKING | BEANS | CORN | NON |
| | | | SOUP | BEANS | FOOD |
| FROZEN FOODS | | RICE | MUSHROOMS | MUSHROOMS | |
| CHICKEN | | | NON FOOD | CLEANING | |
| | CHIPS | CEREAL | | SUPPLIES | |
| PORK | | | | | |
| POTATOES | | | NON FOOD | PAPER | |
| BEEF | | | | GOODS | |
| PREPARED | | | | | |
| SANDWICHES | | | | | |

MEAT & CHEESE BY POUND
CHEESE        HOT DOGS

MEAT BUNDLE STORAGE
BEEF
CHICKEN
FISH        ATM

CHICKEN        BEEF

FOOD PREP AREA
MICRO WAVE

HOT FOOD AND KITCHEN
PREP AREA

The Store Sketch should outline the general store layout and include, at a minimum, all store entrances, cash registers and checkout areas, staple foods - labeled with specific labels, and non-food items with specific labels for categories listed on Survey form. Storage Areas where FOOD is stored should also be shown on sketch. Handwriting must be clear, legible (block printing is preferred) and dark enough to appear in photo/scan.

CONFIDENTIAL
USAO000101

**A. R. 100**





USAO000102

A. R. 101





A. R. 102









CONFIDENTIAL

USAC000095

A. R. 104





CONFIDENTIAL

USAO000106

A. R. 105





CONFIDENTIAL

USAO000107

A. R. 106





CONFIDE

A. R. 107





CONFIDENTIAL

A. R. 108





A. R. 109





USAO000111

A. R. 110





USAO00142

A. R. 111





CONFIDENTIAL

A. R. 112





USAO000114

A. R. 113





CONFIDENTIAL

A. R. 114





A. R. 115





CONFIDENTIAL

A. R. 116





CONFIDENTIAL
USAO000118

A. R. 117





CONFIDENTIAL
USAO000119

A. R. 118





USAO000120

A. R. 119





USAO000121

A. R. 120





CONFIDENTIAL
USAO000122

A. R. 121



CONFIDENTIAL

A. R. 122