Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD March 2018

**FNS Number:**  2972158

### GENERAL STORE INFORMATION (as provided by FNS)

| | | | |
|---|---|---|---|
| **Store Name:** | Euclid Market Inc | | |
| **Store Address:** | 2318 N Euclid Ave | **Telephone No:** | 3145351450 |
| | | **County:** | ST LOUIS CITY |
| **City/State/Zip Code:** | Saint Louis, MO 63113 | | |
| **Days/Hours of Operation:** | M0900A-0800P; Tu0900A-0800P; W0900A-0800P; Th0900A-0800P; F0900A-0800P; Sa0900A-0800P; Su0900A-0530P | | |

### GENERAL STORE INFORMATION

**Store Name** *(as provided by store personnel):*  EUCLID MARKET

**Store Name as Posted on Outside Signage:**  EUCLID MARKET

**Store Owner Name(s)** *(as provided by store personnel):*  KAHEV MAHOUD

**Store Days & Hours of Operation** *(as provided by store personnel):*
Place an "x" next to each day that the store is <u>open</u>. Record the Hours of Operation, indicating "am" or "pm" as appropriate.

| Check | Day | Open | | Close |
|---|---|---|---|---|
| ☒ | **Monday** | 09:00 AM | to | 08:00 PM |
| ☒ | **Tuesday** | 09:00 AM | to | 08:00 PM |
| ☒ | **Wednesday** | 09:00 AM | to | 08:00 PM |
| ☒ | **Thursday** | 09:00 AM | to | 08:00 PM |
| ☒ | **Friday** | 09:00 AM | to | 08:00 PM |
| ☒ | **Saturday** | 09:00 AM | to | 08:00 PM |
| ☒ | **Sunday** | 09:00 AM | to | 05:30 PM |

**Store Cross Streets:**  EUCLID AVE AND HAMMETT PLACE.

### GENERAL STORE CHARACTERISTICS

1. What is the estimated square footage of the store?  1200

2. Please indicate how the store square footage was estimated (e.g. visual, measuring tool, etc.):
   Measuring Tool

3. ☒ YES  ☐ NO  Are optical scanners used at checkout?

4. ☒ YES  ☐ NO  Are shopping baskets available for customers? **If yes\***, how many?  1

   ***Take photo of shopping baskets**

5. ☐ YES  ☒ NO  Are shopping carts available for customers? **If yes\***, how many? _____

   ***Take photo of shopping carts**

6. ☐ YES  ☒ NO  Does the store operate through a night window or plastic barrier? **If yes, take photo** of night window or plastic barrier.

7. ☐ YES  ☒ NO  Is there evidence of wholesale business, such as posted prices or separate entrances for wholesalers? **If yes,** provide evidence in comments section.

8. ☐ YES  ☒ NO  Typically, stores end prices with "x9" cents (e.g., $.99, $1.49, $1.29). Does the store have an unusual price structure, such as ending most product prices with ".00" cents? If yes, take photo(s) of product prices and explain unusual price structure in comments.

**NOTE FOR REVIEWER:** The remainder of the form is to be completed by the reviewer in collaboration with store personnel in order to ensure accuracy of the store information entered.   Please address any discrepancies in the comments section.



CONFIDENTIAL

USAO000124

EXHIBIT
G
6/5/20 JAD
PENGAD 800-631-6989

A. R. 123

Survey Form for FNS or Authorized Agent Use Only    U.S. Department of Agriculture — Food and Nutrition Service SNAP/RPMD March 2018

## GENERAL STORE CHARACTERISTICS

**9.** Number of check-out counters/areas*:       2
***Take photo of check-out counters/areas.**

**10.** Number of specialty cash registers (lottery, Western Union, etc.): 0

**11.** Number of cash registers for grocery purchases:       2

**12.** Number of EBT point of sale devices*:       2
***Take photo of POS devices.**

**13.** ☒ YES    ☐ NO    Is food stored in a storage area out of the public view? **If yes,** include on the store sketch    60
and Obtain an estimated square footage of that space and note it here:

**14.** ☒ YES    ☐ NO    Does the store have any storage coolers or Freezers? **If yes, take photo** with doors open to show contents.

**15.** ☐ YES    ☒ NO    Is food stored offsite? **If yes,** where:

**16.** ☐ YES    ☒ NO    Is this store primarily selling one food type such as meat, poultry, dairy, seafood, fruits, baked goods, or vegetables? ☐ Meat ☐ Poultry ☐ Dairy ☐ Seafood ☐ Fruits ☐ Baked Goods ☐ Vegetable ☐ Others

**17.** ☒ YES    ☐ NO    Does the store take telephone, online orders, or other?
☒ Telephone ☐ Online ☐ Other

**18.** ☐ YES    ☒ NO    Does the store offer delivery?

**19.** ☐ YES    ☒ NO    Does the store round transaction totals up or down at checkout?

**20.** List the four most expensive SNAP/EBT eligible food items ($5 or higher) offered for sale with their prices.  For each item listed, **take a close-up photo** showing the price sticker or other signage showing the price (e.g., store price list).

| Item | Price | Unit | 10+ Units in stock |
|------|-------|------|--------------------|
| ENFAMIL INFANT | $ 19.99 | 12.5 OUNCES | ☐ |
| PEPSI | $ 10.99 | 36  12 OUNCE CANS | ☐ |
| RIEDS NACHO CHEESE SAUCE | $ 9.99 | 6 POUNDS  10 OUNCES | ☐ |
| PANCAKE MIX | $ 6.99 | 10 POUNDS | ☐ |

**21.** ☒ YES    ☐ NO    Were all questions in this section completed in collaboration with store personnel? **If no,** please explain in comments.

---

### NON-FOOD STOCK AND SERVICES
**Mark any that are present**

☐ Gasoline  ☒ Lottery Tickets  ☒ Tobacco Products  ☐ Alcohol  ☐ Mobile Phones/ Phone Cards  ☒ Automobile products  ☒ Health and beauty aids  ☒ Other *(Briefly describe items that are being carried in significant quantities)*☒

Paper Goods;Cleaning Products;Gift items / party goods / souvenirs

---

### STORE CONDITIONS
**Mark all that apply. Take photos and explain scope of problem in comments section**

☐ Empty/Broken/Unused coolers/freezers   ☐ Poor Lighting   ☐ Faded/Missing Labels
☐ Dusty Cans/Packages   ☒ Empty Shelves   ☐ Rusty Equipment
☐ Expired/outdated/spoiled food   ☐ Ice Crystals on Frozen Food   ☐ Other

CONFIDENTIAL

A. R. 124

Survey Form for FNS or Authorized Agent Use Only    U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD March 2018

## FOOD SERVICE INFORMATION

**1.** ☒ YES    ☐ NO    Is there a kitchen area and/or food preparation area? **If yes, take photo(s)** including equipment

**2.** ☒ YES    ☐ NO    Is hot food sold? **If yes, take photo** of hot food and menu or get copy of the menu, if available.

**3.** ☒ YES    ☐ NO    Is food sold for on-site consumption (Hot or Cold)? **If yes, mark** all that apply and **take photo**.
☐ Chairs/Tables*    ☐ Counter/Booth Seating    ☐ Standup Tables
☐ Other _    ☒ Microwaves / Heating Sources
*Please indicate seating capacity for all applicable selections marked with an asterisk*

**4.** ☒ YES    ☐ NO    Is there a deli or prepared food section? **If yes, mark** all that apply and **take photo**.

☒ Prices Posted for Meats/Cheeses
☒ Prepared Salads
☒ Prepared/Made-to-Order Sandwiches
☒ Other refrigerated foods (e.g., casseroles, chilled cooked chicken, etc.)

**5.** ☒ YES    ☐ NO    Is store stock being used in the deli/prepared food section? **If yes,** list the most common items that are being used:
DAIRY, BREAD, BAKING MIXES, CANNED GOODS, CONDIMENTS

**6.** ☐ YES    ☒ NO    Does the store sell items such as meat bundles, seafood specials, and/or fruit and vegetable boxes? **If yes, take photo** of the items, their prices, and store flyer.

**COMMENTS:**

THE MICRO WAVE IS IN THE FOOD PREP AREA.  THE SALADS ARE MADE TO ORDER.

**I certify to the best of my knowledge the information provided herein is true.**

Reviewer (Print or Type name):RICK STEEN    Signature (Original in Ink): *Rick Steen*

Site Visit, or 1st attempt:  Date 7/31/2018    Arrival Time 02: 30 ☐ am ☒ pm *(choose one)*

Re-Visit, or 2nd attempt*(if applicable)*:  Date //    Arrival Time :  ☐ am ☐ pm *(choose one)*

CONFIDENTIAL
A. R. 125

| Checklist for FNS or Authorized Agent Use Only | U.S. Department of Agriculture - Food and Nutrition Service | March 2018 - BRD/SNAP |
| --- | --- | --- |

**Store Name:** Euclid Market Inc

**FNS Number:** 2972158

### DAIRY PRODUCTS

| ITEM | COUNT | UNITS, LBS, BOTH. | PERISHABLE |
| --- | --- | --- | --- |
| BUTTER | 8 | UNITS | ✔ |
| CHEESE - COW / GOAT / SHEEP MILK BASED | 20+ | UNITS | ✔ |
| INFANT FORMULA - DAIRY /COW'S MILK BASED | 4 | UNITS | |
| MILK - POWDERED, CANNED, FRESH COW'S MILK / HALF AND HALF | 14 | UNITS | ✔ |
| SOUR CREAM | 1 | UNITS | ✔ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **MORE THAN 10 DAIRY VARIETIES STOCKED** | | | |

### Meats, Poultry, Fish - canned, fresh, frozen, dried, processed, pickled

| ITEM | COUNT | UNITS, LBS, BOTH. | PERISHABLE |
| --- | --- | --- | --- |
| BEEF - BEEF/ VEAL | 8 | UNITS | ✔ |
| CATFISH | 20+ | UNITS | ✔ |
| CHICKEN | 20+ | UNITS | ✔ |
| EGGS - CHICKEN EGGS | 16 | UNITS | ✔ |
| MACKEREL | 1 | UNITS | |
| POLLOCK | 3 | UNITS | |
| PORK | 13 | UNITS | |
| SARDINES | 10 | UNITS | |
| TUNA | 20+ | UNITS | |
| TURKEY | 4 | UNITS | ✔ |
| **MORE THAN 10 MEAT/POULTRY/FISH VARIETIES STOCKED** | | | |

### BREADS OR CEREALS

| ITEM | COUNT | UNITS, LBS, BOTH. | PERISHABLE |
| --- | --- | --- | --- |
| BAKING MIX - WHEAT BASED (PANCAKE/WAFFLE/ETC.) | 20+ | UNITS | |
| BREAD - LOAF BREAD | 20+ | UNITS | ✔ |
| COLD CEREAL - CORN BASED | 20+ | UNITS | |
| COLD CEREAL - OATS BASED | 4 | UNITS | |
| COLD CEREAL - RICE BASED | 15 | UNITS | |
| COLD CEREAL - WHEAT BASED | 8 | UNITS | |
| CORN/MAIZE - CORN MEAL/ OTHER CORN BASED PRODUCT | 20+ | UNITS | |
| PASTA - WHEAT BASED | 20+ | UNITS | |
| HOT CEREAL - OAT BASED | 10 | UNITS | |
| TORTILLAS - CORN BASED TORTILLAS | 13 | UNITS | |
| RICE | 20+ | UNITS | |
| **MORE THAN 10 GRAINS VARIETIES STOCKED** | | | ✔ |

### FRUIT / VEGETABLES - Fresh, frozen, canned, pickled, dried, 100% juice, puree

| ITEM | COUNT | UNITS, LBS, BOTH. | PERISHABLE |
| --- | --- | --- | --- |
| APPLE | 20+ | UNITS | ✔ |
| CHERRIES | 1 | UNITS | ✔ |
| CRANBERRIES | 20+ | UNITS | |
| ORANGES | 20+ | UNITS | ✔ |
| PEACHES | 20+ | UNITS | |
| PEARS | 9 | UNITS | |
| PINEAPPLE | 20+ | UNITS | |
| BEANS | 20+ | UNITS | |
| BROCCOLI - BROCCOLI / BROCCOLI BASED SOUP | 18 | UNITS | ✔ |
| CORN - CORN / HOMINY / CORN BASED SOUP | 20+ | UNITS | |
| CORN - CORN / HOMINY / CORN BASED SOUP | 20+ | UNITS | |
| CUCUMBERS - CUCUMBERS / PICKLES | 20+ | UNITS | |
| GREEN BEANS | 20+ | UNITS | ✔ |
| PEAS- CHICKPEAS/LENTILS/PEAS | 12 | UNITS | |
| TOMATOES | 20+ | UNITS | ✔ |
| **MORE THAN 14 FRUIT/ VEGETABLE VARIETIES STOCKED** | | | ✔ |

**Reviewer (Print Name):** RICK STEEN

☒ I certify to the best of my knowledge the information provided herein is true.

Site Visit or 1st attempt: 7/31/2018

*(If applicable)* Re-Visit or 2nd attempt:  Date: //



CONFIDENTIAL
USAO000127

A. R. 126

U.S. Department of Agriculture - Food and Nutrition Service

**FNS#** 2972158

**Store Name:**  Euclid Market Inc

## Supplemental Nutrition Assistance Program (SNAP)
## Store Visit Contract
## <u>Photographer's Certification Statement</u>

I have reviewed the digital images and they are the ones I took or are the

ones I used for the store visit of **Euclid Market Inc.**

I completed my review of this store at **7/31/2018**

The digital images accurately portray the situation at the named store on the given

date and time.

*RICK STEEN*

Signature of On-Site Reviewer

## ISN CORPORATION
Name of Prime Contractor

This document has been electronically signed by the named On-Site Reviewer; RICK STEEN



CONFIDENTIAL
USAO000128

A. R. 127

U.S. Department of Agriculture - Food and Nutrition Service

# STORE REVIEW CONSENT FORM

FNS# __2972158__   Store Name __EuCliD MARKET INc__

- I understand that the USDA Food and Nutrition Service (FNS) or its Contractor, Information Systems and Networks (ISN), are authorized to conduct a visit of my store for purposes connected to my SNAP authorization
- There is no charge to me for this visit.
- FNS or its Contractors may **NOT** sell (or refer me to sellers of) point-of-sale EBT equipment or any other services
- I will immediately report any attempt to charge for this visit or to market sell services or EBT equipment to SNAP Retailer Service Center at 1 (877) 823-4369

I, __Kaher   Mahmoud__ , give my consent for FNS or its Contractor to
   (Print Name)

review this store - to take photographs, to sketch the store layout, and to collect other information in connection with this store's participation in the Supplemental Nutrition Assistance Program (SNAP)

| __Kaher Mahmoud__ | __7/31/18__ | __OWNER__ |
|---|---|---|
| Signature | Date | Title |

# STORE REVIEW REFUSAL FORM

**Note: If you do not allow a store review to be conducted, your application may be denied or your permit may be withdrawn.**

I, _____ , refuse to give my consent for a store review and
                        (Print Name)

understand that my refusal means that this store will not be eligible to participate in the Supplemental Nutrition Assistance Program (SNAP) without a complete review

| | | |
|---|---|---|
| Signature | Date | Title |

CONFIDENTIAL
USAO000129

A. R. 128



CONFIDENTIAL

A. R. 129





CONFIDENTIAL

USAO000131

A. R. 130





CONFIDENTIAL
USAO000132

A. R. 131





CONFIDENTIAL





A. R. 133





CONFIDENTIAL
USAO000135

A. R. 134





CONFIDENTIAL

A. R. 135





CONFIDENTIAL
USAO000137

A. R. 136





A. R. 137





USAO000139

A. R. 138





CONFIDENTIAL

A. R. 139





USAO000141

A. R. 140





CONFIDENTIAL
US_0000142

A. R. 141





USA000143

A. R. 142





CONFIDENTIAL

USAO000144

A. R. 143





CONFIDENTIAL

USAO000145

A. R. 144





CONFIDENTIAL

A. R. 145





USAO000147

A. R. 146





CONFIDENTIA
USAO000148

A. R. 147





USAO000149

A. R. 148





CONFIDENTIAL
USAO000150

A. R. 149





CONFIDENTIAL
USAO000151

A. R. 150









USAO000153

A. R. 152