



CONFIDENTIAL



USAO000556



CONFIDENTIAL
USAO000557

A. R. 556



CONFIDENTIAL
USAO000558

A. R. 557



CONFIDENTIAL
USAO000559

A. R. 558



CONFIDENTIAL

USAO000560

**A. R. 559**



CONFIDENTIAL

A. R. 560



CONFIDENTIAL

A. R. 561



CONFIDENTIAL

USAO000563

A. R. 562



CONFIDENTIAL

USAO000564

A. R. 563



CONFIDENTIAL

USAO000565

A. R. 564



CONFIDENTIAL
USAO000566

A. R. 565



CONFIDENTIAL
USAO000567

A. R. 566



CONFIDENTIAL

A. R. 567



CONFIDENTIAL

USAO000569

A. R. 568



CONFIDENTIAL
USAO000570

A. R. 569



CONFIDENTIAL

USAO000571

A. R. 570



CONFIDENTIAL

A. R. 571



CONFIDENTIAL

A. R. 572



CONFIDENTIAL

A. R. 573



CONFIDENTIAL

USAO000575

A. R. 574



CONFIDENTIAL
USAO000576

A. R. 575



CONFIDENTIAL

A. R. 576



CONFIDENTIAL