Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD April 2016

**FNS Number:**   2972158

## GENERAL STORE INFORMATION (as provided by FNS)

**Store Name:**   Euclid Market Inc

**Store Address:**   2318 N Euclid Ave

**Telephone No:**   3145351450

**City/State/Zip Code:**   Saint Louis, MO 63113

**County:**   ST LOUIS CITY

**Days/Hours of Operation:**   M0830A-0830P; Tu0830A-0830P; W0830A-0830P; Th0830A-0830P; F0830A-0830P; Sa0830A-0830P; Su0900A-0500P

## GENERAL STORE INFORMATION

**Store Name** (as provided by store personnel):   Euclid Market

**Store Name as Posted on Outside Signage:**   Euclid Market Inc

**Store Owner Name(s)** (as provided by store personnel):   Abraham Mahmoud

**Store Days & Hours of Operation** (as provided by store personnel):

Place an "x" next to each day that the store is _open_. Record the Hours of Operation, indicating "am" or "pm" as appropriate.

| Check | | Day | Open | | Close |
|---|---|---|---|---|---|
| | ☒ | Monday | 8:30a | to | 8:30p |
| | ☒ | Tuesday | 8:30a | to | 8:30p |
| | ☒ | Wednesday | 8:30a | to | 8:30p |
| | ☒ | Thursday | 8:30a | to | 8:30p |
| | ☒ | Friday | 8:30a | to | 8:30p |
| | ☒ | Saturday | 8:30a | to | 8:30p |
| | ☒ | Sunday | 9a | to | 5:00p |

**Store Cross Streets:**   Lotus Ave & Wabada Ave

## GENERAL STORE CHARACTERISTICS

1. What is the estimated square footage of the store?   1800

2. Please indicate how the store square footage was estimated (e.g. visual, measuring tool, etc.):
   Measuring Tool

3. ☐ YES  ☒ NO   Are optical scanners used at checkout?

4. ☒ YES  ☐ NO   Are shopping baskets available for customers? If yes*, how many?   2
   *Take photo of shopping baskets

5. ☐ YES  ☒ NO   Are shopping carts available for customers? If yes*, how many?   NO
   *Take photo of shopping carts

6. ☐ YES  ☒ NO   Does the store operate through a night window or plastic barrier? If yes, take photo of night window or plastic barrier.

7. ☐ YES  ☒ NO   Is there evidence of wholesale business, such as posted prices or separate entrances for wholesalers? If yes, provide evidence in comments section.

8. ☐ YES  ☒ NO   Typically, stores end prices with "x9" cents (e.g., .99, $1.49, $1.29). Does the store have an unusual price structure, such as ending most product prices with ".00" cents? If yes, take photo(s) of product prices and explain unusual price structure in comments.

NOTE FOR REVIEWER: The remainder of the form is to be completed by the reviewer in collaboration with store personnel in order to ensure accuracy of the store information entered.   Please address any discrepancies in the comments section.

USAO001081    CONFIDENTIAL


EXHIBIT
K
6/5/20

Survey Form for FNS or Authorized Agent Use Only    U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD April 2016

## GENERAL STORE CHARACTERISTICS

**9.** Number of check-out counters/areas*:        2
*Take photo of check-out counters/areas.*

**10.** Number of specialty cash registers (lottery, Western Union, etc.): 0

**11.** Number of cash registers for grocery purchases:        2

**12.** Number of EBT point of sale devices*:        2
*Take photo of POS devices.*

**13.** ☒ YES   ☐ NO   Is food stored in a storage area out of the public view? **If yes,** include on the store sketch   200
and Obtain an estimated square footage of that space and note it here:

**14.** ☒ YES   ☐ NO   Does the store have any storage coolers or Freezers? **If yes, take photo** with doors open to show contents.

**15.** ☐ YES   ☒ NO   Is food stored offsite? **If yes,** where:

**16.** ☐ YES   ☒ NO   Is this store primarily selling one food type such as meat, poultry, dairy, seafood, fruits, baked goods, or
vegetables?  ☐ Meat ☐ Poultry ☐ Dairy ☐ Seafood ☐ Fruits ☐ Baked Goods  ☐ Vegetable
☐ Others

**17.** ☒ YES   ☐ NO   Does the store take telephone, online orders, or other?
☒ Telephone ☐ Online ☐ Other

**18.** ☐ YES   ☒ NO   Does the store offer delivery?

**19.** ☐ YES   ☒ NO   Does the store round transaction totals up or down at checkout?

**20.** List the four most expensive SNAP/EBT eligible food items ($5 or higher) offered for sale with their prices. For each item listed, **take a close-up photo** showing the price sticker or other signage showing the price (e.g., store price list).

| | | | | | |
|---|---|---|---|---|---|
| Item 1: | Wayne Farm's chicken | Item 1 Price: | $5.99 | Item 1 Unit: | 5 pounds |
| Item 2: | Blue Ribbon ice cream | Item 2 Price: | $5.99 | Item 2 Unit: | 1.75 quarts |
| Item 3: | Enfamil | Item 3 Price: | $17.99 | Item 3 Unit: | 1 |
| Item 4: | Pepsi | Item 4 Price: | $19.99 | Item 4 Unit: | 24 pack of 12 ounces each |

**21.** ☒ YES   ☐ NO   Were all questions in this section completed in collaboration with store personnel? **If no,** please explain in comments.

## NON-FOOD STOCK AND SERVICES
Mark any that are present
☒ Tobacco Products ☐ Alcohol ☒ Lottery Tickets ☐ Gasoline ☒ Mobile Phones/ Phone Cards ☒ Automobile products ☒ Health and beauty aids ☒ Other (*Briefly describe items that are being carried in significant quantities*)

Paper Goods;Cleaning Products;ATM or money transfer service

## STORE CONDITIONS
Mark all that apply. Take photos and explain scope of problem in comments section
☐ Empty/Broken/Unused coolers/freezers      ☐ Poor Lighting                    ☐ Faded/Missing Labels
☐ Dusty Cans/Packages                        ☒ Empty Shelves                   ☐ Rusty Equipment
☐ Expired/outdated/spoiled food              ☐ Ice Crystals on Frozen Food     ☐ Other

USAO001082  CONFIDENTIAL

Survey Form for FNS or Authorized Agent Use Only    U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD April 2016

| FOOD SERVICE INFORMATION |
|---|

**1.** ☒ YES   ☐ NO   Is there a kitchen area and/or food preparation area? **If yes, take photo(s)** including equipment
**2.** ☒ YES   ☐ NO   Is hot food sold? **If yes, take photo** of hot food and menu or get copy of the menu, if available.

**3.** ☐ YES   ☒ NO   Is food sold for on-site consumption (Hot or Cold)? **If yes, mark** all that apply and **take photo.**   ☐
    Chairs/Tables* ☐ Counter/Booth Seating ☐ Standup Tables
    ☐ Other _ ☐ Microwaves / Heating Sources
    *Please indicate seating capacity for all applicable selections marked with an asterisk*

**4.** ☒ YES   ☐ NO   Is there a deli or prepared food section? **If yes, mark** all that apply and **take photo.**
    ☒ Prices Posted for Meats/Cheeses
    ☒ Prepared Salads
    ☒ Prepared/Made-to-Order Sandwiches
    ☐ Other refrigerated foods (e.g., casseroles, chilled cooked chicken, etc.)

**5.** ☒ YES   ☐ NO   Is store stock being used in the deli/prepared food section? **If yes,** list the most common items that are
    being used:
    chicken, beef, pork, chesse, lunch meats, bell peppers, eggs, condiments, etc.

**6.** ☒ YES   ☐ NO   Does the store sell items such as meat bundles, seafood specials, and/or fruit and vegetable boxes? **If yes,**
    **take photo** of the items, their prices, and store flyer.

**COMMENTS:**

The hot food is made to order, and some prepared sandwiches are made to order.  The meat bundles are made to order, the pricing is handwritten.  The isles are narrow and the store was croweded, it was difficult to get proper photos

**I certify to the best of my knowledge the information provided herein is true.**

Reviewer (Print or Type name):Rick Steen          Signature (Original in Ink): *Rick Steen*

Site Visit, or 1st attempt:  Date 4/5/2017          Arrival Time 11: 45 ☒ am ☐ pm (*choose one*)

Re-Visit, or 2nd attempt(*if applicable*):  Date //          Arrival Time : ☐ am ☐ pm (*choose one*)

USAO001083 CONFIDENTIAL

USAO001084 CONFIDENTIAL

| Checklist for FNS or Authorized Agent Use Only | U.S. Department of Agriculture - Food and Nutrition Service | December 2010 - BRD/SNAP |
|---|---|---|

**Store Name:** Euclid Market Inc

**FNS Number:** 2972158

| Dairy Products | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Butter/Margarine | | | X | X |
| Cheese (hard/soft)/Cottage | | | X | X |
| Ice Cream/Ice Milk | | | | |
| Milk/Cream | | | X | X |
| Sour Cream/ Yogurt/Dips | | | | |
| Infant Formula (Animal-milk based) | | | | |
| | | | | |
| | | | | |

| F/V | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| 100% Juice (Fruit or Vegetable) | | | X | X |
| **FRUITS** | | | | |
| Apples | 1 | | | |
| Pears | 3 | | | |
| Apricots/Peaches/Nectarines Mangoes/Plums/Prunes/Mixed Fruit | 3 | | | |
| Bananas/Plantains/Pineapples Papaya/Guava/Dates/Figs Coconut/Coconut Milk | | X | | |
| Berries (Blue/Black/Rasp/Cran/Straw, etc.) Cherries/Grapes/Kiwi | | | | |
| Melons (Watermelon, Honey Dew, Cantaloupe, etc.) | | | | |
| Citrus (Oranges, Tangerines, Limes, Grapefruit, Lemons, etc.) | | | | |
| **VEGETABLES** | | | | |
| Asparagus/Artichokes/Broccoli Cauliflower/Brussels Sprouts Cabbage/Sauerkraut | | | | |
| Beans/Bean Sprouts/Tofu/Peas/ Nuts/Nut Butters/Lentils/ Soy Products | | | X | |
| Carrots/Parsnips/Turnips/ Beets/ Radishes/Mixed Vegetables | | | X | |
| Celery/Onion/Leeks/Mushrooms | 1 | | | |
| Corn | | | X | |
| Greens/Lettuce (Boston, Collards, Iceberg, Kale, Green/Red Leaf, Mustard, Romaine, Spinach, Swiss Chard, etc.) | | X | | |
| Peppers/Bell Peppers/Avocados | 4 | | | X |
| Potatoes (White/Sweet/Yams) | | | X | X |
| Squash (Acorn, Butternut, Eggplant, Spaghetti, Yellow, Zucchini, etc.)/ Okra/Cucumbers/Pumpkins | | | X | X |
| Tomatoes/Tomato Sauce | | | X | |
| Soup/Stew (all types) | | | X | |
| Infant F&V/Juices /Soy-based Formula | | X | | |
| | | | | |

| Breads and Cereals | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Loaf Bread (sliced, unsliced)/Rolls/ Buns/Bagels/English Muffins/ Biscuits/Pizza/Pot Pies/Tortillas/ Pitas | | | X | X |
| Cakes/Muffins/Pastry/Pie Crusts/ Pancakes/Waffles | | | X | X |
| Breakfast Cereals (hot, cold) | | | X | |
| Pasta | | | X | |
| Rice/Barley/Millet/Rye | | | X | |
| Corn Meal/Grits | | | X | |
| Flour/Cracked Wheat/Baking Mixes | | | X | |
| Snacks: Cookies/Crackers/Chips/ Pretzels/Popcorn/Stuffing Mix/ Croutons/Bread Crumbs/ Granola Bars/Rice Cakes | | | X | |
| Infant Cereal | | X | | |
| | | | | |

| Meats, Poultry, Fish | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Beef/Veal | | | X | X |
| Lamb/Mutton/Goat | | | | |
| Pork (Ham, Bacon, Sausage, etc.) | | | X | X |
| Chicken/Turkey/Duck/Goose Game Birds | | | X | X |
| Deli/Lunch Meat/Hot Dogs | | X | | X |
| Canned/Potted Meat (beef/pork/poultry) | | | X | |
| Eggs | | X | | X |
| Fish, Finned (Catfish, Cod, Flounder, Haddock, Halibut, Herring, Mackerel, Perch, Salmon, Sardines, Scrod, Snapper, Sole, Swordfish, Trout, Tuna, Turbot, Whiting, etc.) | | | X | X |
| Fish, Shell/Misc. (Clams, Crabs, Mussels, Oysters, Scallops, Shrimp, Squid, etc.) | | | | |
| Infant Meats | | | | |
| Meat Jerky (e.g. beef jerky, pork jerky, etc.) | | | X | |
| | | | | |

Reviewer (Print Name): Rick Steen

☒I certify to the best of my knowledge the information provided herein is true.

Site Visit or 1st attempt: 4/5/2017

(If applicable) Re-Visit or 2nd attempt: Date: //

USAO001085



U.S. Department of Agriculture - Food and Nutrition Service

**FNS#** 2972158

**Store Name:** Euclid Market Inc

## Supplemental Nutrition Assistance Program (SNAP)
## Store Visit Contract
## <u>Photographer's Certification Statement</u>

I have reviewed the digital images and they are the ones I took or are the

ones I used for the store visit of **Euclid Market Inc.**

I completed my review of this store at **11:45 AM on 4/5/2017**

The digital images accurately portray the situation at the named store on the given

date and time.

*Rick Steen*
Signature of On-Site Reviewer

ISN CORPORATION
Name of Prime Contractor

This document has been electronically signed by the named On-Site Reviewer; Rick Steen



USAO001086 CONFIDENTIAL

U.S. Department of Agriculture - Food and Nutrition Service

# STORE REVIEW CONSENT FORM

912158    Store Name  EUCLID MARKET

I, _____, give my consent for FNS or its Contractor to review this store - to take photographs, to sketch the store layout, and to collect other information in connection with this store's participation in the Supplemental Nutrition Assistance Program (SNAP).

Signature _____   Date 4/5/17   Title Manager

---

# STORE REVIEW REFUSAL FORM

> Note: If you do not allow a store review to be conducted, your application may be denied or your permit may be withdrawn.

I, _____, refuse to give my consent for a store review and
   (Print name)
understand that my refusal means that this store will not be eligible to participate in the Supplemental Nutrition Assistance Program (SNAP) without a complete review.

Signature _____   Date _____   Title _____

USAO001087   CONFIDENTIAL

**USDA SNAP Store Visit Sketch**

FNS# 2972156

Store Name Euclid Market Inc

Date 1/5/2017

ENTRANCE

TOBACCO          TOBACCO

ENFAMIL

BASKETS          CELL PHONES

JERKY

LOTTO

CHECK OUT        CHECK OUT        CELL PHONES
AREA             AREA
    EBT              EBT

| SODA | PASTRIES | CAN MEAT CAN FISH | PASTA | ICE CREAM | |
|---|---|---|---|---|---|
| | | | BREAD | FLOUR CORN MEAL | |
| MILK | NUTS | PASTRIES | BAKING FLOUR | SQUASH TOMATOES | |
| 100% JUICE | | | | | H&B |
| | | CONDIMENTS | CONDIMENTS | MIXED FRUIT | |
| EGGS BUTTER | SNACKS | | | | |
| CHEESE | | BABY FOOD | MIXED VEGGIES | PEARS | |
| BELL PEPPERS | | BABY CEREAL | CORN | CRANBERRY | |
| CUCUMBERS | | | PINEAPPLE | GREENS | |
| EGGS | CHIPS | BAKING | BEANS SOUP | CORN BEANS | NON FOOD |
| FROZEN FOODS | | RICE | MUSHROOMS | MUSHROOMS | |
| CHICKEN | | | NON FOOD | CLEANING SUPPLIES | |
| | CHIPS | CEREAL | | | |
| PORK POTATOES BEEF | | | NON FOOD | PAPER GOODS | |

PREPARED
SANDWICHES

MEAT & CHEESE BY POUND

CHEESE          HOT DOGS

MEAT BUNDLE STORAGE

BEEF                                             CHICKEN          BEEF
CHICKEN
FISH            ATM

HOT FOOD AND KITCHEN
PREP AREA

FOOD PREP AREA
MICRO WAVE

The Store Sketch should outline the general store layout and include, at a minimum: all store entrances, cash registers and checkout areas, staple foods - labeled with specific labels, and non-food items with specific labels for categories listed on Survey form. Storage Areas where FOOD is stored should also be shown on sketch. Handwriting must be clear, legible (block printing is preferred) and dark enough to appear in photo/scan.

USAO001088   CONFIDENTIAL

USAO001089 CONFIDENTIAL



USAO001090



CONFIDENTIAL



## Jumbo Wings
(Plain, Hot or BBQ)

| | |
|---|---|
| 6pc Chicken Wings + Fries | $5.99 |
| 10pc Chicken Wings + Fries | $8.99 |
| 15pc Chicken Wings + Fries | $10.99 |
| 30pc Chicken Wings | $20.99 |
| 40pc Chicken Wings | $26.99 |
| 50pc Chicken Wings | $54.99 |
| 100pc Chicken Wings | |
| 5pc Chicken Strips + Fries | $5.99 |
| 10pc Chicken Strips + Fries | $8.99 |

## Sandwiches

| | |
|---|---|
| 6" Philly Cheese Steak | $4.99 |
| 12" Philly Cheese Steak | $7.99 |
| 6" Chicken Philly | $4.99 |
| 12" Chicken Philly | $7.99 |
| Cheeseburger (add bacon .50) | $3.99 |
| Double Cheeseburger | $4.99 |
| Polish Sausage Sandwich | $2.99 |
| Gyro | $4.99 |
| 6" Deli Sandwich | $4.99 |
| 12" Deli Sandwich | $7.99 |
| Tripe Sandwich | $4.99 |
| Fish Sandwich | $4.99 |

## Breakfast

| | |
|---|---|
| Egg, bacon, cheese sandwich | $4.99 |
| Egg Sausage, cheese, sandwich | $7.99 |
| Egg, ham, cheese, sandwich | $7.99 |
| Egg, turkey, cheese, sandwich | $7.99 |
| 3 Eggs, 3 Strips of bacon, 2 ... | $3.99 |
| 3 Eggs, 3 Sausage, 2 ... | $4.99 |
| 3 Eggs, 3 Strips of bacon ... | $4.99 |
| 1 Steak & 3 pancakes | $4.99 |
| Top the stack pancakes | $7.99 |
| 1 Dozen pancakes with ... | $4.99 |

SPECIAL
PLEASE CHECK
ALL YOUR ORDERS
BEFORE LEAVING

## ... Pizza
(All Toppings Free)

| | |
|---|---|
| ... | $9.49 |
| ... Pizza | $3.29 |
| ...ck | $3.29 |

### TOPPINGS

Beef, Green Peppers,
Mushrooms, Onions,
Olives, Pepperoni, Ham,
Sausage, Tomatoes,
Jalapeno Peppers,
Bacon

285.16

DUUIT
ADKIET-UIO-16/21/32 N 5

... Point, NY ...

USAO001092

CONFIDENTIAL





USAO0001084



O001095 CONFIDENTIAL



CONFIDENTIAL



USAO001097   CONFIDENTIAL

Case: 4:19-cv-02136-MTS  Doc. #: 45-1  Filed: 09/18/20  Page: 18 of 53 PageID #: 2347





USAO001099 CONFIDENTIAL





USAO001



USAO001102 CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL





USAO001107



CONFIDENTIAL



USAO001101

CONFIDENTIAL



CONFIDENTIAL

USAO001110







CONFIDENTIAL

Meat Bundles

Jack Salmon (whiting) whole -

Jumbo party wings - 2.99 lb

whole small wings - 2.69 lb

Catfish nuggets - 2.99

tilapia Fillet - 3.99

cut up
colored 4.99 lb

ham 4.99 lb

ground beef 3.99 lb

USAO001114   CONFIDENTIAL





USAO0011165   CONFIDENTIAL



CONFIDENTIAL



USAO001118 CONFIDENTIAL



CONFIDENTIAL



USAO001121   CONFIDENTIAL





USA0001120   CONFIDENTIAL



USAO001124   CONFIDENTIAL



CONFIDENTIAL





CONFIDENTIAL



COUNT

51127



US00001128



USAO001129 CONFIDENTIAL







USAO001132 CONFIDENTIAL

