# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1301

Euclid Market Inc.

Appellant

v.

United States of America, through its Agency, the United States Department of Agriculture

Appellee

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-02136-MTS)

___

**MANDATE**

In accordance with the opinion and judgment of February 16, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 10, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit